BARBOUR, LOVE & WOODWARD, INC., Respondent, v. STEWART JOHNSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

EARL B. BARNES, as Receiver of LIBERTY STARTERS CORPORATION, Appellant, v. CHARLES LEE ANDREWS, Defendant, Impleaded with HOWARD S. BORDEN, Respondent.— Order granting motion for judgment reversed upon the law, with ten dollars costs and disbursements. and judgment entered thereon reversed, without costs, and motion denied, with ten dollars costs. Rule 107* is merely the substitution of a more simplified practice for the former grounds of demurrer provided by section 488 of the Code of Civil Procedure,† and has no broader or different meaning than that section as interpreted by the courts. The suit in equity in the Court of Chancery of New Jersey is not, therefore, another action pending between the same parties for the same cause. (*Oneida County Bank* v. *Bonney*, 101 N. Y. 173; *Curlette* v. *Olds*, 110 App. Div. 596.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ABRAHAM FELDMAN and Another, Respondents, v. ABRAHAM LISANSKY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

NATHAN GOLDSTEIN, Respondent, v. ANNA COHN, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HARMON B. W. HAFF, Respondent, v. LONG ISLAND FUEL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Petition and Application for a Certiorari Order, by THOMAS E. CLUNE, Petitioner, against RICHARD E. ENRIGHT, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner confirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of Proceedings to Punish JOHN WERRA, Appellant, for Contempt of Court in an Action Entitled CLARENCE W. BAILEY, Plaintiff (Respondent), v. JOHN J. KUHN, as Receiver of the RICHMOND LIGHT AND RAILROAD COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

RICHARD LINDNER, Appellant, v. MARY J. LINDNER, Sued Herein as MAY LINDNER, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, upon the ground that the "third" finding of fact and the conclusion of law are against the weight of the evidence. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

DANIEL J. MAHONEY, Respondent, v. LENA FRIEDMAN, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

---

* See Rules Civ. Prac. rule 107.— [REP.

† See, also, Code Civ. Proc. § 498.— [REP.